RECEIVED
IN MONROE, LA
SEP 7 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED SATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE CO. | CIVIL ACTION NO. 07-0881 |
| VERSUS | JUDGE ROBERT G. JAMES |
| EUGENE MCLAIN CONSTRUCTION CO., INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

Before the Court is a proposed Preliminary Injunction [Doc. No. 25] submitted by Plaintiff Great American Insurance Company ("Great American"), pursuant to the parties' stipulation at a hearing held on July 2, 2007. Defendants have filed an opposition memorandum contending that there is no evidence from the minutes of the hearing that they agreed to give Great American "full and complete access to all financial books, records and accounts maintained by them, pursuant to the Second Indemnity Agreement."

As Defendants admit, their counsel was not present at the hearing, although they were represented by substitute counsel. According to the Court's recollection and its review of the transcript from the hearing, Defendants agreed to stipulate to an injunction "as prayed for" by Great American. Great American's counsel then highlighted some of the provisions of the injunction for the Court, but did not precisely list each item. Accordingly, the Court finds that Great American is entitled to entry of the preliminary injunction as drafted, including the provision on full access to Defendants' financial records, with some minor revisions by the Court.

MONROE, LOUISIANA, this 7 day of September, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE